THE NEW YORK MERCANTILE LOAN ASSOCIATION, Respondent, *v.* THE NATIONAL SEWING MACHINE Co., Appellant.

APPEAL by the defendant from a judgment of the Municipal Court, third district, borough of Manhattan, rendered in favor of the plaintiff.

Kenneson, Crain & Alling, for appellant.

McCrea, Somerville & Taylor, for respondent.

MACLEAN, J. Following the doctrine set out in Rieser v. Parker & Co., 27 Misc. Rep. 205, in which case the facts were similar to those in this, excepting that the defendant corporation in this case was created in and by the state of Illinois, the judgment should be reversed.

FREEDMAN, P. J., and LEVENTRITT, J., concur.

Judgment reversed, with costs to appellant to abide event.